Anthony Earl Mumphrey
Reg. No. 07785-509
Federal Correctional Institution, Phoenix
37910 North 45th Avenue
Phoenix, Arizona 85086-7055

FILED
August 15, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Yvette Lujan
DEPUTY

United States District Court
Western District of Texas

| | |
|---|---|
| ANTHONY EARL MUMPHREY,<br>Claimant,<br><br>V.<br><br>DEA, U.S. DISTRICT COURT<br>WESTERN DIVISION OF TEXAS,<br>Respondent. | CASE NO. 4:21-CR-00045(1) DC<br><br>MOTION PURSUANT TO FED. R.C.P. RULE 41(g) RETURN OF PROPERTY |

Comes, now Anthony Earl Mumphrey, pro se herein after (claimant) with a motion for return of property from the Drug Enforcement Administration. Asset I.D. No.:21-DEA-673129 $4,404.02 U.S. Currency which was seized on January 3, 2021 by the DEA at Alpine Texas from claimant the said property was not part of conviction and should be returned to claimant and sent to P.O. Box 474701 Des Moines, Iowa 50947-0001 in the form of a check payable in claimant name and register number thank you for your time and consideration in this matter.

Respectfully Submitted,
Anthony Earl Mumphrey
*/s/ Anthony Mumphrey*

# CERTIFICATE OF SERVICE

I, __Anthony Earl Mumphrey__ Hereby Certify That I Have Served A True And Correct Copy Of The Following:

> MOTION PURSUANT TO FED. R.C.P.
> 41(g) RETURN OF PROPERTY

Which Is Deemed Filed At The Time It Was Delivered To Prison Authorities For Forwarding. See, <u>Houston v. Lack</u> 101L. Ed. 2d 245 (1988), Upon the defendant/defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to:

| UNITED STATES DISTRICT FOR THE WESTERN DISTRICT OF TEXAS<br>John H. Wood, Jr. Federal Courthouse<br>655 East Cesar E. Chavez Blvd. Suite G65<br>San Antonio, TX 78206-1198 | Drug Enforcement Administration<br>ASSET FORFEITURE SECTION<br>8701 Morrissette Drive<br>Springfield, VA 22152 |

and deposited same in the United States mail at: Federal Correctional Institution 37910 North 45th Ave. Phoenix, AZ 85086. I Declare, Under Penalty of Perjury (Title 28 U.S.C. §1746), That The Foregoing Is True And Correct.

Dated This __3rd__ Day Of __August__, 20__23__.

/s/ Anthony Mumphrey

__Anthony Earl Mumphrey__
PRO SE

Anthony Earl Mumphrey
Reg. No. 07785-509
FCI Phoenix
37910 North 45th Avenue
Phoenix, Arizona 85086-7055

Federal Correctional Institution
Phoenix, Arizona
Inmate Correspondence

U.S. District Court
Western District of Texas
John H. Wood, Jr. Federal Courthouse
655 East Cesar E. Chavez Blvd. Suite G65
San Antonio, TX 78206-1198

LEGAL MAIL

RECEIVED
AUG 14 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

SCANNED BY CSO
AUG 14 2023

78206-110675