UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| ANTHONY EARL MUMPHREY | § § |
| vs. | §  NO: PE:23-CV-00029-DC |
| | § § |
| UNITED STATES OF AMERICA | § |

**FINAL JUDGMENT**

On this day the Court entered an Order granting the Government's Motion to Dismiss and dismissing Plaintiff's Motion for Return of Seized Property as moot. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that the Government's Motion to Dismiss is **GRANTED,** and Plaintiff's Motion for Return of Seized Property is **DISMISSED AS MOOT**.

It is further **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with the Parties to bear their own costs.

It is lastly **ORDERED** that all other pending motions, if any, are dismissed as moot.

It is so **ORDERED**.

**SIGNED this 4th day of January, 2024.**

_____
**DAVID COUNTS**
**UNITED STATES DISTRICT JUDGE**